

# NUMBER 13-13-00228-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JUAN RAMOS,**                                                                          **Appellant,**

**v.**

**CITY OF SAN BENITO, TEXAS,**                                              **Appellee.**

---

### On appeal from the 107th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Perkes
### Memorandum Opinion Per Curiam

Appellant, Juan Ramos attempted to perfect an appeal from an order signed on January 28, 2013, in cause no. 2011-DCL-01169-A. Upon review of the documents before the Court, it appeared that there was no appealable order dated January 28, 2013. On May 1, 2013, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3.

Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Cameron County Clerk's Office has informed this Court that no order was entered on January 28, 2013. In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the
13th day of June, 2013.